IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-00863-LTB-PAC

TERRESA YORK,
BENJAMIN YORK,
ANGELINA ARNOLD, and
EDWARD ARNOLD,
In the interest OF NASHOBA YORK, a minor child,
        Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,
DAKOTA VALLEY ELEMENTARY SCHOOL,
MONTE MOSES, in his official capacity as Superintendent,
ED STEINBERG, in his official capacity,
DIXIE PERRIMAN, in her official capacity,
BOBBIE JO CHAPMAN, individually and in her official capacity, and
FIVE OTHER UNKNOWN EDUCATION ADMINISTRATORS, SCHOOL ADMINISTRATORS, AND PRE-SCHOOL THROUGH SECOND-GRADE TEACHERS,
        Defendants.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 33 - filed March 20, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: March 21, 2006